**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Douglas Lindland et al
          Plaintiffs

     V.

Bank of America, N.A. et al.
          Defendants

CIVIL ACTION

NO.11-cv-12308-DPW

**ORDER OF DISMISSAL**

WOODLOCK, D. J.

In accordance with the Stipulation of Dismissal dated 6/14/2012, (Docket No. 21), it is hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice and without costs.

          By the Court,

6/18/2012
Date

/s/ Kellyann Moore
Deputy Clerk